FILED

2018 APR 17 PM 2:09

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:18cr186T23TGW
21 U.S.C. § 846

JEFFREY FITZGERALD and
PAUL RICE

# INDICTMENT

The Grand Jury charges:

## COUNT ONE

Beginning on an unknown date, but not later than on or about January 5, 2017, and continuing through on or about April 26, 2017, in the Middle District of Florida, and elsewhere, the defendants,

JEFFREY FITZGERALD and
PAUL RICE,

did knowingly and willfully conspire with each other and other persons, both known and unknown to the Grand Jury, to possess with the intent to distribute and to distribute a controlled substance. The violation involved 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of 21 U.S.C. § 846 and 21 U.S.C. § 841(b)(1)(A).

**FORFEITURE**

1. The allegations contained in Count One are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2. Upon conviction of a violation of 21 U.S.C. §§ 846 or 841, as alleged in Count One, the defendants, JEFFREY FITZGERALD and PAUL RICE, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, all of their rights, titles and interests in:

a. any property constituting, or derived from, any proceeds defendants obtained, directly or indirectly, as a result of such violation; and

b. any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. If any of the property described above, as a result of any act or omission of either defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property that cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p).

A TRUE BILL,

Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By:
Michael Gordon
Assistant United States Attorney

By:
Christopher F. Murray
Assistant United States Attorney
Chief, Violent Crimes and Narcotics Section

FORM OBD-34
April 18

No.

**UNITED STATES DISTRICT COURT**
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

Jeffrey Fitzgerald and Paul Rice

**INDICTMENT**

Violations: 21 U.S.C. § 846

A true bill,

James K Davis

Foreperson

Filed in open court this 17th day

of April 2018.

______________________
Clerk

Bail $____________________

GPO 863 525